STATE OF NEW JERSEY v. JAMES COOK.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CRUZ PANTOJA.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MARY POPICK.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. COLUMBUS MIZE, III.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. L. ANDREW BERNHEIM.

December 10, 1984.

Petition for certification denied.